# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ALPHA MODUS, CORP., | ) |
| Plaintiff, | ) Civil Action No. 2:24-cv-00919-JRG-RSP |
| v. | ) |
| | ) **JURY TRIAL DEMAND** |
| BROOKSHIRE GROCERY CO., | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Alpha Modus, Corp. ("Plaintiff") and Defendant Brookshire Grocery Co. ("Defendant") hereby stipulate Plaintiff's claims are dismissed in their entirety with prejudice as all claims between the parties have been resolved, with the parties to bear their own costs and attorneys' fees. The dismissal shall be effective upon filing of this joint stipulation.

Dated: March 5, 2026                                      Respectfully submitted,

*/s/ Christopher E. Hanba*                                */s/ Rachael Lamkin*
Christopher E. Hanba                                      Rachael Lamkin
Texas Bar No. 24121391                                    Rachel.lamkin@bakerbotts.com
chanba@princelobel.com                                    BAKER BOTTS L.L.P.
Joshua G. Jones                                           101 California Street, Suite 3200
Texas Bar No. 24065517                                    San Francisco, CA 94111
jjones@princelobel.com                                    Telephone: (415) 291-6264
Bryan D. Atkinson                                         Facsimile: (415) 291-6364
Texas Bar No. 24036157
batkinson@princelobel.com                                 Thomas Carter
                                                          Texas Bar No. 24097467
PRINCE LOBEL TYPE LLP                                     thomas.carter@bakerbotts.com
500 W. 5th Street, Suite 1205                             BAKER BOTTS L.L.P.
Austin, Texas 78701                                       910 Louisiana Street
Tel: (617) 456-8000                                       Houston, Texas 77002

Attorneys for Plaintiff Alpha Modus, Corp.

Telephone: (713) 229-1234
Facsimile: (713) 229-1522

Deron R. Dacus
Texas Bar No. 00790553
ddacus@dacusfirm.com
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas 75791
Telephone: (903) 705-1117
Facsimile: (903) 581-2543

Attorneys for Defendant Brookshire Grocery Co.

## CERTIFICATE OF SERVICE

I certify that on March 5, 2026, the foregoing document was filed via the Court's CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Christopher E. Hanba*
Christopher E. Hanba
